IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

MA ARLENE ORSINE BATO,

      Plaintiff,

      vs.

TARGET CORPORATION,

      Defendant.

CV 21-00307 SASP-WRP

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 17, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Deny Plaintiff's Various Motions Regarding in Forma Pauperis Status and Fees on Appeal, ECF Nos. 262, 265, 269, 270", ECF No. 271, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, July 2, 2025.



_____
Shanlyn A.S. Park
United States District Judge